UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| )  | |
| Plaintiff,  ) | |
| )  | |
| vs.  ) | 4:07-cr-00021-SEB-VTW |
| )  | |
| CHARLES D. TURNER,  ) | |
| )  | |
| Defendant.  ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Van T. Willis's Report and Recommendation that

Charles D. Turner's supervised release be revoked, pursuant to Title 18 U.S.C. ▪3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ▪3583, the Court now

approves and adopts the Report and Recommendation as the entry of the Court, and orders a

sentence imposed of 12 months and 1 day imprisonment with 2 years of supervised release to

follow, the first 6 months of which shall be served at a residential reentry center.

**IT IS SO ORDERED**.

Date: 8/29/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: All ECF counsel of record
 United States Probation Office